386 A.2d 609

Commonwealth v. Free, Appellant.

Argued April 12, 1977. Gordon R. Miller, with him Eckels, Blystone, Fuller, Kinnunen & Smith, for appellant; Douglas W. Ferguson, District Attorney, submitted a brief for Commonwealth, appellee.

OPINION PER CURIAM: The six Judges who heard this case being equally divided, the judgment of sentence is affirmed.

VAN der VOORT, J., did not participate in the consideration or decision of this case.